**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
ALEXIS M. WOOD (270200)
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Counsel for Plaintiff and the Certified Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. MASON, individually and on behalf all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>HEEL, INC., a New Mexico Corporation,<br><br>Defendant. | Case No. 3:12-cv-03056-GPC-KSC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Date: March 7, 2014<br>Time: 1:30 p.m.<br><br>[Hearing set per Order Granting Preliminary Approval, Dkt. No. 27] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 7, 2014, at 1:30 p.m. in Courtroom 2D of the United States District Court for the Southern District of California, located 221 West Broadway, San Diego, California, 92101, Plaintiff Robert Mason and his counsel The Law Offices of Ronald A. Marron, APLC, will, and hereby do, respectfully move this Court for an Order awarding attorneys' fees and costs and an incentive award for Mr. Mason as Class Representative.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations of Ronald A. Marron and Robert Mason, including all exhibits thereto, all other pleadings and papers on file in this action, and oral argument as may occur at the time of the hearing.

Dated: January 21, 2014  Respectfully Submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON
*ron@consumersadvocates.com*
**LAW OFFICES OF RONALD A. MARRON**
SKYE RESENDES
ALEXIS M. WOOD
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Class Counsel*

1

*Nigh v. Humphreys, Incorporated,* No. 3:12-cv-02714-MMA-DHB
NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD