

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert A. Mason

**Plaintiff,**

**V.**

Heel, Inc.

**Defendant.**

Civil Action No. <u>12CV3056-GPC(KSC)</u>

# JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Final Approval Motion is granted. This action, including all individual and Class claims resolved in it, is dismissed with prejudice, without an award of attorneys' fees, costs, litigation expenses, or incentive payments to any party except as provided in the Final Approval Order.

**Date:** _____3/13/14_____

**CLERK OF COURT**
**JOHN MORRILL, Acting Clerk of Court**
By:  s/  J. Petersen _____

J. Petersen, Deputy